AO 450 (Rev. 11/11)   Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

Jun 23, 2026

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| Dale Olmstead <br> an individual, as Assignee of Coachman Condominium <br> Homeowners Association <br> *Plaintiff* <br> v. <br> Ohio Security Insurance Company; and Liberty Mutual <br> Insurance Company <br><br> *Defendant* | )<br>)<br>)<br>)<br>)<br>)<br><br> Civil Action No.   2:26-cv-00079-MKD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Pursuant to the Court Order at ECF No 17, this action is Dismissed without prejudice.
Judgment of Dismissal without prejudice is entered.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   Mary K. Dimke.

Date:   6/23/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*